Meter Renting Co., Inc., Respondent, v. Thomas E. Greacen and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Helen Parker, Respondent, v. Hjalmar H. Boyesen, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Frank J. Parker, Respondent, v. Hjalmar H. Boyesen, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

May H. Sullivan, as Administratrix, etc., of Raymond Sullivan, Deceased, Respondent, v. Central Railroad Company of New Jersey, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event unless plaintiff stipulates to reduce the judgment as entered to the sum of $30,418.67; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The People of the State of New York, Respondent, v. Peter O'Donnell, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Louis H. Bahr, Appellant, v. Samuel H. Feingold, Respondent, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

Samuel S. Feinberg, Appellant, v. Joseph Zukin Blouses, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of Harry Hein, Appellant, for a Certiorari Order against John F. Gilchrist, as President of the State Tax Commission, Respondent.— Certiorari order dismissed and proceedings affirmed, with fifty dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Louis Colucci, Plaintiff, v. Lehigh Valley Railroad Company, Defendant.— Exceptions overruled, with costs and the complaint dismissed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Anderson Holding Corporation, Respondent, v. Melia Zraick, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The People of the State of New York, Respondent, v. Solomon Girsch, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Transfer Tax upon the Estate of Ramon Guiteras, Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Anna Voshage, Appellant, v. Ida W. Jansen, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, McAvoy and Burr, JJ.

Emilici DiMeglio, Respondent, v. Agnes Rizzuto, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.